IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| *FESTIVAL MANAGEMENT, B.V.* )<br>)<br>**Plaintiff/Judgment Creditor,** )<br>)<br>v. )<br>)<br>*EUROPEAN JAZZ CRUISES, LLC* )<br>*and JAZZ CRUISES, LLC,* )<br>)<br>**Defendants/Judgment Debtors.** )<br>) | Cause No. 4:09-CV-01088-HEA |

## AGREED ORDER FOR DISBURSEMENT OF GARNISHMENT FUNDS

COME NOW Plaintiff Festival Management, B.V. ("Plaintiff"), Defendants European Jazz Cruises, LLC. and Jazz Cruises, LLC (collectively "Defendants"), and Smooth Jazz Cruise, LLC, by and through their undersigned counsel, and hereby request the Court enter their proposed Agreed Order for Disbursement of Garnishment Funds as stated below:

Per the Court's Order of September 14, 2011, $2,600.00 (Two Thousand Six Hundred Dollars and Zero Cents) of the garnishment funds is to be paid (or has already been paid) to Garnishee, The Pageant, LLC. Plaintiff and Defendants hereby agree and request that the remainder of the garnishment funds in the amount of $44,594.17 (Forty Four Thousand Five Hundred and Ninety Four Dollars and Seventeen Cents) shall be paid to Intervenor Smooth Jazz Cruises, LLC. The Clerk shall notify counsel for Intervenor Smooth Jazz Cruises, LLC when the check for $44,594.17 (Forty Four Thousand Five Hundred and Ninety Four Dollars and Seventeen Cents) is prepared and available to be picked up.

3145074\1

BERMAN & RABIN, P.A.

By: /s/ Michael H. Berman
    Michael H. Berman
    P.O. Box 480707
    Kansas City, MO 64148

Attorneys for Plaintiff
*Festival Management, B.V.*

Date: 9·19·11

cc:   Counsel of Record

SANDBERG PHOENIX VON GONTARD P.C.

By: /s/ John S. Sandberg
    600 Washington Avenue - 15th Floor
    St. Louis, MO 63101-1313
    314-231-3332
    314-241-7604 (Fax)

Attorneys for Defendants
*European Jazz Cruises and Jazz Cruises, LLC*

_____
Judge

3145074\1