**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| *FESTIVAL MANAGEMENT, B.V.* | ) | |
| | ) | |
| **Plaintiff/Judgment Creditor,** | ) | |
| | ) | |
| v. | ) | |
| | ) | **Cause No. 4:09-CV-01088-HEA** |
| *EUROPEAN JAZZ CRUISES, LLC* | ) | |
| *and JAZZ CRUISES, LLC,* | ) | |
| | ) | |
| **Defendants/Judgment Debtors.** | ) | |
| | ) | |

## AGREED ORDER FOR DISBURSEMENT OF GARNISHMENT FUNDS

COME NOW Plaintiff Festival Management, B.V. ("Plaintiff"), Defendants European

Jazz Cruises, LLC. and Jazz Cruises, LLC (collectively "Defendants"), and Smooth Jazz Cruise,

LLC, by and through their undersigned counsel, and hereby request the Court enter their

proposed Agreed Order for Disbursement of Garnishment Funds as stated below:

Per the Court's Order of September 14, 2011, $2,600.00 (Two Thousand Six Hundred

Dollars and Zero Cents) of the garnishment funds is to be paid (or has already been paid) to

Garnishee, The Pageant, LLC.  Plaintiff and Defendants hereby agree and request that the

remainder of the garnishment funds in the amount of $44,594.17 (Forty Four Thousand Five

Hundred and Ninety Four Dollars and Seventeen Cents) shall be paid to Intervenor Smooth Jazz

Cruises, LLC.  The Clerk shall notify counsel for Intervenor Smooth Jazz Cruises, LLC when the

check for $44,594.17 (Forty Four Thousand Five Hundred and Ninety Four Dollars and

Seventeen Cents) is prepared and available to be picked up.

3145074\1

BERMAN & RABIN, P.A.                    SANDBERG PHOENIX VON GONTARD P.C.

   /s/ Michael H. Berman                       /s/ John S. Sandberg
By: _____        By: _____
   Michael H. Berman                        600 Washington Avenue - 15th Floor
   P.O. Box 480707                           St. Louis, MO  63101-1313
   Kansas City, MO  64148                    314-231-3332
                                                        314-241-7604 (Fax)
   Attorneys for Plaintiff
   *Festival Management, B.V.*                 Attorneys for Defendants
                                                        *European Jazz Cruises and Jazz*
                                                        *Cruises, LLC*

Date: 9.19.11                           _____
                                                  Judge

cc:   Counsel of Record

3145074\1